# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANYA LIGHTY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 14-4422 |
| | : | |
| CAROLYN W. COLVIN,[1] ACTING | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

FILED

MICHAEL ... Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 31st day of August, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request For Review (Dkt. No. 9) filed November 12, 2014; upon consideration of Defendant's Response to Plaintiff's Request for Review (Dkt. No. 10) filed December 12, 2014; upon consideration of Plaintiff's Reply Brief (Dkt. No. 11) filed December 18, 2014, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated June 30, 2015, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED; and

2. The relief sought by Plaintiff is GRANTED in part as described below;

3. The case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation; and

4. In all other respects, Plaintiff's request for relief is DENIED.

BY THE COURT:

Joel Slomsky
JOEL H. SLOMSKY, J.

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration.